IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Derian Edison – #138192

/

No. C 13-80175 WHA

**ORDER OF SUSPENSION**

Because Derian Edison has failed to respond to the order to show cause, Mr. Edison's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE